
# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806                    www.pryorcashman.com

June 30, 2008

**VIA ECF**

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    Adjournment of Sentencing;
                *United States v. Temel Sinclair*,
                06 Cr. 966 (PGS)

Dear Judge Sheridan:

      Following a brief telephone conversation with Chambers and in light of the impending sentencing date, now scheduled for tomorrow July 1, 2008 at 11:00 a.m., I respectfully request an adjournment of the matter so that the Presentence Report ("PSR") and investigation may be completed prior to sentencing.

      A draft PSR was received by counsel on June 23, 2008. Given the time constraints imposed by the District Court's Standing Sentencing Order and Fed. R. Crim. P. 32(f)(1), there is insufficient time to allow counsel to prepare appropriate objections to the PSR – and for the PSR to be finalized – in advance of the currently scheduled sentencing date. Under the rule, counsel is afforded until July 7, 2008 to submit any objections or comments to the PSR. In this case, the defendant intends to contest the Probation Department's tentative determination that Mr. Sinclair is a career offender. In addition, more time is required to afford the United States Attorney's Office to prepare an appropriate sentencing motion as contemplated by the written plea documents referenced at the time of Mr. Sinclair's guilty plea.

      I have conferred both with United States Probation Officer Jamel H. Dorsey and Assistant United States Attorney Lisa M. Colone, and they have consented to the relief requested.

**PRYOR CASHMAN LLP**

Honorable Peter G. Sheridan
June 30, 2008
Page 2

Accordingly and in light of the foregoing, a brief adjournment of the sentencing is required, and we would ask that it be so ordered.

Respectfully submitted,

Robert W. Ray

cc: Temel Sinclair, No. 27979-050
Hudson County Correctional Center
(A-5-E)
35 Hackensack Avenue
Kearny, NJ 07032

Lisa M. Colone, Esq.
Assistant U.S. Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street
Newark, NJ 07102

SO ORDERED: 7/1/08
DATED: [signature]